BEATTY, Justice.
Certiorari was granted to review the decision of the Court of Criminal Appeals as it pertains to the claim of a variance between the indictment and the evidence. 460 So.2d 232 (1984).
Under the following authorities, the decision on that point was not in error: Helms v. State, 270 Ala. 603, 121 So.2d 106 (1960); Jones v. State, 241 Ala. 337, 2 So.2d 422 (1941); McCoy v. State, 232 Ala. 104, 166 So. 769 (1936); Aaron v. State, 37 Ala. 106 (1861); Perry v. State, 465 So.2d 999 (Ala.Crim.App.1984); Gilbert v. State, 410 So.2d 473 (Ala.Crim.App.1982); Huddleston v. State, 37 Ala.App. 57, 64 So.2d 90 (1952); Armstrong v. State, 24 Ala.App. 334, 134 So. 897 (1931); Messer v. State, 24 Ala.App. 360, 135 So. 415 (1931).
WRIT QUASHED AS IMPROVIDENTLY GRANTED.
TORBERT, C.J., and SHORES, J., concur.
MADDOX and JONES, JJ., concur specially.